UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Groh, Trumble, Sims

Marcus Wright, Plaintiff

No. 3:22cv70

V.

FBOP-MENTAL HEALTH SERVICES-USP HAZELTON;
FBI OF SAN ANTONIO TEXAS;
U.S. PROSECUTORS OF SAN ANTONIO TX
Defendant(s).

FILED
APR 14 2022
U.S. DISTRICT COURT WVND
CLARKSBURG, WV 26301

\*\* CIVIL COMPLAINT/PETITION BROUGHT BY A FEDERAL INMATE CONFINED IN THE FBOP USP HAZELTON SOLITARY CONFINEMENT-SPECIAL HOUSING UNIT \*\*

This is a civil complaint/petition filed and submitted by a borderline mentally retarded inmate confined within the Federal Bureau of Prisons (FBOP) at the UNITED STATES PENITENTIARY-HAZELTON, where he, the plaintiff/petitioner is being forced to choose between either going out to the prison general population and being possibly murdered by other prisoners or either stay locked up in the prison's Solitary Confinement (SHU) for nine (9) months while pending prison transfer to another Maximum Security prison where he will be forced to go through the same exact process over and over again. This is an unlawful transfer process commonly known as "Diesel Therapy."

Where prisoners who pursue their prison rights are transferred from prison to prison for fictitious reasons made up by the prison's administration that normally justifies such unlawful transfers.

However, in the present case, Plaintiff/Petitioner Marcus Wright, was recently transferred from a Protective Custody (PC) prison(s) (USP Tucson, Coleman-II, Terre Haute-FCI) where he was assigned by prison classification officials due to the plaintiff's/petitioner's special needs and due to his criminal conviction of sex trafficking of children involving teenagers seventeen (17) and fifteen (15) years of age. In which could put the plaintiff/petitioner at serious risk of being killed by gang-active inmates at non-PC federal prisons. On or about October 20, 2021 the herein plaintiff/petitioner was unlawfully transferred from FCI Protective Custody (Terre Haute) prison to a known violent and dangerous non-PC maximum security prison in retaliation for filing a Writ of Habeas Corpus against the U.S. Government of San Antonio, Texas.

The Plaintiff/Petitioner is ONLY seeking EMERGENCY INJUNCTIVE RELIEF AND RESTRAINING ORDER IN THIS CIVIL CAUSE OF ACTION (SEE ENCLOSED INJUNCTION ACCOMPANIED WITH AFFIDAVIT).

Signed under penalty of perjury this 9th day of April, 2022.    Marcus R. Wright