# AFFIDAVIT IN SUPPORT OF CIVIL COMPLAINT – PETITION BROUGHT BY FEDERAL PRISONER IN SOLITARY CONFINEMENT **

I, Marcus Wright, Prison # 24986-380, am currently and presently confined within the Federal Bureau of Prisons (FBOP) at the United States Pen. Hazelton addressed: Sky View Drive, Bruceton Mills, West Virginia 26525, where I have recently been unlawfully transferred to by corrupt BOP classification officials for the sole purpose of carrying out the pre-meditated assault and murder of Marcus Wright, prison # 24986-380, a federal inmate, who in August 11, 2014, was unlawfully convicted and sentenced to life imprisonment for Sex Trafficking of children (18 U.S.C. Section 1541(a)), a crime the affiant did not or could not have committed, namely due to the affiant's never driving nor owning a motor vehicle in his life. In order to prove the above, the affiant states the following under penalty of perjury:

1) The affiant has suffered from borderline mental retardation since his early childhood and this has been mistakenly diagnosed and treated as mere behavioral problems in which has lead to psychiatric diagnosis and treatment with psych medications such as Lithium, Prozac, Navane, and Dioxipin. An indication of a possible Neurological deficit disorder (NLD) was always present but this was overlooked by psychologist who only took notice of the affiant's abnormal behavior patterns while

1 OF 3

in the custody and care of Department of Health and Human Services (DHS), Texas Youth Commission (TYC), and Texas Department of Criminal Justice (TDCJ).

The affiant suffers from NDD in which stems from seizures and multiple head injuries he has experienced from age 5 years old until fifteen years old (1980-1991). As a result of the affiant suffering with this un-diagnosed Neurological deficit disorder which has caused a mild form of mental retardation marked by a below-average I.Q. of seventy nine (79), the affiant is having difficulty with adapting to basic prison life without special mental health needs (care). In addition, the affiant is a confirmed (clinically) legally blind inmate who suffers from a chronic eye-disease (Keratoconus) that is causing vast total blindness in both his left and right eyes. The affiant is being forced to live in federal maximum security prison known for it's high rate of inmate violence against sex offenders, snitches, and ex-gang members;

2) In an attempt to justify the affiant's unlawful housing at the USP-Hazelton, mental health officials are "intentionally" and knowingly under-diagnosing the affiant as a mere behavioral "problematic" inmate with paranoia schizophrenic-ideologies, and falsely labeling him as an inmate who "only" fiends or fakes psychosis in order to elude prosecution and to get what he wants. It should be carefully noted

that this false labeling of the affiant stems from a Psychological evaluation orchestrated and assisted by U.S. Prosecuting Attorney, Bettina J. Richardson, who was previously disbarred for her prosecutorial misconduct in Texas in criminal cause: Raymond R. Valas, II, Marcus Deshawn Wright, et.al., 13:CR-806-FB(1-4) (W.D.Tex. 2014-2016). This Psychological evaluation was carried out by federal psychologist Ms. Tenille Warren, of Houston's Federal Detention Center (HDC) for the competency to stand trial in the above styled criminal cause (13:CR-806-FB(W.D.Tex.2014-2016)). In that evaluation, in which was assisted by criminal Prosecutor Ms. Richardson, the affiant was falsely labeled as a behavioral problematic man who only fakes psychosis in order to get out of trouble in the institution. Thus, this psychological evaluation was unlawfully placed into the affiant's FBOP prison mental health records and is now being misused purposely as his initial intake mental health screening prognosis until this present day. No I.Q. test nor Neurological deficit disorder test has ever been performed by FBOP officials since has been in Federal Custody (2013-2022).

I Declare, Swear and State Under the Penalty of Perjury that the above statements are true and correct to the best of my knowledge. Pursuant to 18, USC. Section 287, 1001.

Dated: 4-9-2022.              Marcus D. Wright